UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY CARLILE, | No. 2:16-cv-0261 CKD P |
| Petitioner, | |
| v. | ORDER |
| RON DAVIS, et al., | |
| Respondents. | |

Petitioner, a California prisoner, has filed a motion seeking the appointment of counsel to assist him with a petition for writ of habeas corpus. In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases. The court will not appoint counsel before a writ is actually filed. Therefore, petitioner's motion will be denied without prejudice and petitioner will be given leave to file a habeas petition on the form to be provided by the Clerk of the Court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's February 10, 2016 motion for the appointment of counsel (ECF No. 1) is denied without prejudice.

2. Petitioner is granted thirty days to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The petition must be filed on the form provided by the Clerk of the Court and

1

must bear the docket number assigned this case.  Petitioner's failure to comply with this order will result in dismissal.

    3. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus.

Dated:  February 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

carl0261.nop