1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID WESLEY CARLILE,                     No.  2:16-cv-0261 MCE CKD P

12              Petitioner,

13        v.                                    ORDER AND

14    RON DAVIS,                                FINDINGS AND RECOMMENDATIONS

15              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis

19    pursuant to 28 U.S.C. § 1915.  Examination of the request to proceed in forma pauperis reveals

20    that petitioner is unable to afford the costs of suit.  Accordingly, the request for leave to proceed

21    in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

22        Under Rule 4 of the Rules Governing Section 2254 Cases, the court must review all

23    petitions for writ of habeas corpus and summarily dismiss any petition if it is plain that the

24    petitioner is not entitled to relief.  The court has conducted that review.

25        Petitioner takes issue with the Superior Court of Sacramento County's denial of his

26    petition for resentencing under California's "Three Strikes Reform Act of 2012,"  Cal. Penal

27    Code § 1170.126.  However, a petition for writ of habeas corpus in this court can only be granted

28    for a violation of federal law, 28 U.S.C. § 2254(a), and petitioner has no federal right to be

1  resentenced under Cal. Penal Code § 1170.126.  While petitioner asserts the manner in which his

2  superior court petition was denied violates both the Due Process and Equal Protection Clauses of

3  the Fourteenth Amendment, he fails to allege any facts which even suggest as much.  See e.g.

4  Langford v. Day, 110 F.3d 1380, 1389 (9th Cir. 1996) (habeas petitioner cannot transform a state

5  law claim into a federal claim by merely asserting a violation of due process).

6          For these reasons, the court will recommend that petitioner's petition for writ of habeas

7  corpus be summarily dismissed.

8          Accordingly, IT IS HERBY ORDERED that petitioner's request for leave to proceed in

9  forma pauperis (ECF No. 2 & 8) is granted.

10         IT IS HEREBY RECOMMENDED that:

11         1.   Petitioner's petition for writ of habeas corpus be summarily dismissed; and

12         2.   This case be closed.

13         These findings and recommendations are submitted to the United States District Judge

14  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

15  after being served with these findings and recommendations, petitioner may file written

16  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

17  Findings and Recommendations."  Petitioner is advised that failure to file objections within the

18  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

19  F.2d 1153 (9th Cir. 1991).

20  Dated:  March 8, 2016

21                                          _____
                                            CAROLYN K. DELANEY
22                                          UNITED STATES MAGISTRATE JUDGE

23

24

25  1
    carl0261.dis
26

27

28

2